UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SMITH,

    Plaintiff,

v.                                                      Case No. 06-13404

ATTORNEY GRIEVANCE COMMISSION
and BRIAN A. OAKLEY,                     HONORABLE AVERN COHN

    Defendants.

_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

Plaintiff Michael Smith, proceeding pro se, filed a complaint naming the Attorney Grievance Commission and Brian A. Oakley as defendants. On July 28, 2005, the Court granted plaintiff in forma pauperis status, dismissed the complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2), and denied as moot plaintiff's application for the appointment of counsel.

Before the Court is plaintiff's paper asking the Court to reconsider its July 28, 2005 decision, which is construed as a motion for reconsideration. Plaintiff asks the Court to "look into this situation with the Attorney General" because the grievances he filed with the Attorney Grievance Commission have been ignored. Plaintiff again says that the Attorney Grievance Commission is biased against him, and now alleges that the bias is because of his race. As explained in the order of dismissal, plaintiff does not specify any form of relief and the Court cannot discern any discrete legal claim much less determine the basis for federal jurisdiction. Upon review of plaintiff's motion, plaintiff has not presented any

arguments not previously considered and has otherwise failed to demonstrate that the Court's order of dismissal was entered in error. See E.D. Mich. LR 7.1(g)(3). Accordingly, plaintiff's motion for reconsideration is DENIED. The Court also certifies that any appeal from this order would be frivolous. 28 U.S.C. § 1915(a)(3).

SO ORDERED.

   s/Avern Cohn   
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: August 17, 2006

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, August 17, 2006, by electronic and/or ordinary mail.

   s/Julie Owens   
Case Manager, (313) 234-5160